```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      MAY 18 2018
CLERK, U.S. DISTRICT COURT
By _____
        Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  No.  4:18-MJ-327

CRAIG MICHAEL TEZENO (01)

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about May 11, 2018, in the Fort Worth Division of the Northern District of Texas, the defendant, **Craig Michael Tezeno**, maliciously damaged and attempted to damage, by means of fire and explosive materials a Sears store located at the Hulen Mall in Fort Worth, Texas, that is used in interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

I, Daniel Zalesky, (your Complainant), further state that I am a Special Agent of the Federal Bureau of Investigation, and that this Complaint is based upon the following facts:

1. I have been employed as a Special Agent of the FBI since April, 1996. I am currently assigned to the Fort Worth Resident Agency of the Dallas FBI Division. I am currently assigned to investigate terrorism-related offenses and violent offenses including violations of 18 U.S.C. § 844, that is, arson. The information contained in this affidavit is from my personal knowledge and from information provided by other individuals.

## May 11, 2018 Fires

2. On or about May 11, 2018, at approximately 1:52 p.m., an unknown black male entered the Hulen Mall parking lot at Dillard's Department Store in Fort Worth, Texas. The male purchased items at Dillard's and subsequently left the store.

Complaint 1

3. A short time later, the same male went to his vehicle, moved it within in the Dillard's parking lot, exited his vehicle, and re-entered the store. He left Dillard's a second time at approximately 2:23 p.m.

4. At approximately 2:30 p.m., Dillard's employees reported a small fire in the store, which was extinguished by store employees.

5. The male suspect was then seen departing the Dillard's parking lot in his vehicle which he then drove to the parking lot near the Sears store at the same mall. At approximately 2:31 p.m., he entered Sears, went to a dressing room, and then departed the store at approximately 2:23 p.m.

6. Shortly after his departure from Sears, store employees noticed a smoldering fire in the dressing room and extinguished the fire.

7. Law enforcement subsequently recovered devices at the two aforementioned sites, which were identified as two 20oz-bottles filled with gasoline. Such devices are commonly known as Molotov Cocktails, and are not commercially available in whole, but must be assembled. Based on my training and experience, Molotov Cocktails are typically used to ignite, damage, and destroy property and/or cause injury to human beings through fire and explosion.

8. During investigation, law enforcement entities reviewed security camera footage that captured the male suspect in various stores. At approximately 1:56 p.m., the suspect was recorded entering Dillard's without possessing a shopping bag. He is then seen on interior mall security camera footage exiting Dillard's while holding a shopping bag at approximately 2:03 p.m.

9. Law enforcement entities obtained receipts from Dillard's for purchases made between approximately 1:56 p.m. CDT and 2:03 p.m. The receipts obtained were limited to those store registers not visible on the security camera footage, as the suspect was not captured on security camera footage making a purchase.

10. The receipts from Dillard's showed a purchase made at approximately 2:02 p.m. with a credit card number belonging to **Craig Tezeno**. Further investigation revealed that **Tezeno** matched the physical description of the suspect.

11. The suspect was seen in surveillance video wearing a Dallas Cowboys hat. Agents determined through investigation that the hat was sold only at "Lids," and that it was not a popular item. Open source research revealed a photograph depicting **Tezeno** wearing a hat matching the description of the suspect's hat.

Complaint 2

12. Agents were later notified that **Tezeno's** girlfriend had filed a complaint against him on or about May 13, 2018.  Agents determined that **Tezeno's** girlfriend owned a car matching the description of the vehicle driven by the suspect at Hulen Mall on May 11, 2018.

13. Agents interviewed **Tezeno's** girlfriend and her son at their home on May 17, 2018. Agents observed a car matching the description of the vehicle driven by the suspect at Hulen Mall on May 11, 2018 parked at her home.

14. **Tezeno's** girlfriend was shown surveillance photos of the suspect, and she stated that she believed the person in the photos was **Tezeno**.  **Tezeno's** girlfriend's son was also shown the photos, and also stated that he believed the individual was **Tezeno**.  **Tezeno's** girlfriend's son also told agents that he recognized the shirt that the suspect was wearing as one that belonged to **Tezeno**.  **Tezeno** and her son also said they recognized the hat that the suspect was wearing as one belonging to **Tezeno**.

15. **Tezeno's** girlfriend's son told agents that **Tezeno** was present at their residence on the morning of May 11, 2018.  Tezeno's girlfriend reported that she leaves the keys to her car out in the open in her house.

## May 18, 2018 Fire

16. On or about May, 18, 2018, at approximately 10:34 a.m. another fire was reported at Sears in the Hulen Mall.  The fire was set in an aisle of the store using a bottle containing a flammable liquid and using a rag as a wick for ignition.  It was the same type of Molotov Cocktail device used to set the fires at Hulen Mall a week earlier.  The floor of the Sears store and some of the store's merchandise was damaged in the fire.

17. Officers responded to the report, and arrived at the mall approximately 5 minutes later.  A Sears employee gave officers a description of the suspect that matched descriptions given of the individual who started fires at the Hulen Mall the previous week.

18. Several maintenance workers at the mall approached one of the officers and pointed to an individual who they said looked like the person who had attempted to set fires in the mall the previous week. The individual identified by the workers was sitting on a bench near the Dillards store.

Complaint 3

19. Officers approached the man and conducted a pat down search. During the search, the individual told officers that he was carrying a pistol. Officers recovered a pistol, confirmed that the man did not have a license to carry, and placed him under arrest for unlawfully carrying a weapon. Officers also recovered the individual's wallet. It contained a driver's license identifying him as **Craig Michael Tezeno**.

05/18/18
Date

Daniel Zalesky
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, 18TH day of May, 2018, at 2:15 a.m/(p.m.) in Fort Worth, Texas.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Complaint 4